| | |
|---|---|
| <u>UNITED STATES BANKRUPTCY COURT</u> | <u>WESTERN DISTRICT OF WISCONSIN</u> |
| In Re:<br>Hackbart, Chris, Jerry | Case Number: 3-13-15930-RDM |
| | MOTION FOR<br>VOLUNTARY DISMISSAL<br>OF CHAPTER 13 CASE |
| | <u>          Chapter 13          </u> |

FILED/REC'D
JAN 10 2014
8:00 AM
CLERK
U.S. BANKRUPTCY COURT

CHRIS JERRY HACKBART moves the Court to order the dismissal of the above titled bankruptcy case, pursuant to 11 U.S.C. § 1307(b); and FEDERAL-RULES CIVIL RULE 41-A, VOLUNTARY-WITHDRAWL.

The above captioned case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C §§ 706, 1112, or 1208.

Thank You,

*[signature]*

5348

FILED/REC'D

Chris Jerry Hackbart
N3297 Otsego Road
Rio, WI 53960

JAN 10 2014

8:00 AM
CLERK
U.S. BANKRUPTCY COURT

January 9, 2014

Clerk of Court
United States Bankruptcy Court
Western District of Wisconsin
120 West Henry Street, Room 340
Madison WI 53703

Dear Clerk,

Please file enclosed Motion for Voluntary Dismissal and Order Granting Motion For Voluntary Dismissal into Case 3-13-15930-rdm.

Please let me know if you need anything else, and thanks again for the prompt courteous service everyone at the clerks' office provides.

Chris J. Hackbart